UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                              Civil Action
                              No: 11cv12331WGY

MOLONEY et al
Plaintiff

v.

HOLDER et al
Defendant

ORDER OF DISMISSAL

YOUNG, D.J.

      After a hearing held on January 24, 2012, this Court Orders that Defendants' Motion to Dismiss is Allowed and for the reasons stated on the record the above entitled action be and hereby is Dismissed.

                              Sarah Thornton
                              Clerk


                              By:    /s/ Jennifer Gaudet
                                          Deputy Clerk

January 25, 2012


Notice mailed to counsel of record.